UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA KELLIER,

               Plaintiff,

-against-

MR. BERKE; BAILIFF'S APPELLATE DIVISION JUDGE,

               Defendants.

22-CV-2504 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 20, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP). On August 4, 2022, however, the order was returned to the court as undeliverable. On August 8, 2022, the Court directed Plaintiff, within 30 days, to update his address of record. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not contacted the court to update his address. Accordingly, the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: September 21, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge