UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA KELLIER,

                    Plaintiff,

          -against-

MR. BERKE; BAILIFF'S APPELLATE
DIVISION JUDGE,

                  Defendants.

22-CV-2504 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 21, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    September 21, 2022
           New York, New York

                                /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                       Chief United States District Judge